FILE COPY

**Justices**

WILLIAM J. BOYCE
TRACY CHRISTOPHER
MARTHA HILL JAMISON
SHARON MCCALLY
J. BRETT BUSBY
JOHN DONOVAN
MARC W. BROWN
KEN WISE



# Fourteenth Court of Appeals

**Chief Justice**
KEM THOMPSON FROST

**Clerk**
CHRISTOPHER A. PRINE
PHONE 713-274-2800

301 Fannin, Suite 245
Houston, Texas 77002

Friday, November 04, 2016

# NOTICE OF ORDER DISTRIBUTION

William M. Thursland
440 Louisiana Street, Suite 1130
Houston, TX 77002
* DELIVERED VIA E-MAIL *

Harris County, District Clerk, Civil Division
Harris County District Clerk - Civil
201 Caroline, Ste 420
Houston, TX 77002
* DELIVERED VIA E-MAIL *

Macy Armstrong Cassin
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston, TX 77002
* DELIVERED VIA E-MAIL *

Judge, 311th District Court
Harris County Civil Courthouse
201 Caroline
8th Floor
Houston, TX 77002
* DELIVERED VIA E-MAIL *

Court Reporter, 311th District Court
Harris County Courthouse
201 Caroline
8th Floor
Houston, TX 77002
* DELIVERED VIA E-MAIL *

Sandra D. Hachem
Sr. Assistant County Attorney
1019 Congress
15th Floor
Houston, TX 77002
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    14-16-00866-CV
       Trial Court Case Number:    2013-49862

Style:   In the Interest of C.J., a Child

On this date, an order was issued in the above-referenced cause. You may obtain a copy of the Court's order at http://www.search.txcourts.gov/docketsrch.aspx?coa=coa14&s=c.

For more information about a particular case, please visit the Court's website at http://www.txcourts.gov//14thcoa.

CHRISTOPHER A PRINE, CLERK

FILE COPY

cc:   Jennifer  L. Baker (DELIVERED VIA E-MAIL)
       Child Advocates, Inc.
       Ronnie G. Harrison (DELIVERED VIA E-MAIL)